# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Wanda F. Rickerson**  
   Debtor  
**Paul C Rickerson**  
   Terminated Party

Case No.: 11–11520–SDB  
Judge: Susan D. Barrett  

Chapter: 13

## ORDER DISMISSING JOINT DEBTOR

Debtor, Paul C Rickerson, having departed this life November 11, 2015 ,

IT IS HEREBY ORDERED that Paul C Rickerson is dismissed from subject case, leaving only Wanda F. Rickerson as a debtor therein, and creditors are at liberty to pursue their legal remedies.



Susan D. Barrett  
United States Bankruptcy Judge  
PO Box 1487  
Augusta, GA 30903  

Dated **April 1, 2016**

*13–06J[Rev. 02/10]* **CPN**